```
Type of Work:       Motion Picture

Registration Number / Date:
                    PAu004140023 / 2022-07-14

Application Title: Untitled.

Title:              Untitled.

Description:        Electronic file (eService)

Copyright Claimant:
                    MCM Group 22 LLC, Transfer: By restitution order, then by
                       written agreement.

Date of Creation:   2016

Authorship on Application:
                    BLL Media Inc. employer for hire; Citizenship: United
                       States. Authorship: entire motion picture.

Alternative Title on Application:
                    GDP 349

Names:              BLL Media Inc.
                    Girlsdoporn.com
                    MCM Group 22 LLC

================================================================================
```