UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCM Group 22 LLC,<br><br>        Plaintiff,<br>v.<br><br>Lyndon Perry, and<br>Criston A. Violette.<br><br>        Defendants. | Case No. 22-cv-06157 |

## NOTARIZED AFFIDAVIT OF LYNDON PERRY

I, Lyndon Perry, declare under penalty of perjury that the following facts are true and correct:

1. Lyndon Perry is my full legal name. I am a natural person who lives at the property at 410 Summit Lake Shore Road, Olympia, Washington, 98502. I was served with a summons and complaint in the above captioned matter. I am a citizen of Canada and a resident of the state of Washington.

2. My telephone number is 250-667-0000.

3. I own the Twitter Account "I,Hypocrite" which is viewable at: https://twitter.com/lporiginalg .

4. I made the post at issue in this matter which was originally available at: https://twitter.com/lporiginalg/status/1536220472525803520 .

5. I use the email addresses: lyndonperry@msn.com and lporiginalg@gmail.com .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

// (signature page follows)

//

//

2

//

By: Lyndon Perry

Notary Verification

State of:
County of:

Signed and sworn to (or affirmed) before me on 8-29-22 by Lyndon Perry, who identified himself to me by a drivers license issued by the State of Washington.

Drivers License No.: WDL 77TZ1213B

Notary Signature:

Stamp:



3