UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

MCM Group 22 LLC,

        Plaintiff,

v.

Lyndon Perry, and
Criston A. Violette.

        Defendants.

Case No. 22-cv-06157

### DECLARATION OF CRISTON A. VIOLETTE

I, Criston A. Violette, declare under penalty of perjury that the following facts are true and correct:

1. Criston A. Violette is my actual legal name. I am a natural person who lives at 410 Summit Lake Shore Road, Olympia, Washington, 98502. I was served with a summons and complaint in the above captioned matter. I am a citizen of the United States of America and a resident of the state of Washington.

2. I do not have a Twitter account and have never made a "tweet" or otherwise posted any information on Twitter. Specifically, I did not make the post at issue in this lawsuit.

3. I personally know the Defendant Lyndon Perry, who also lives at 410 Summit Lake Shore Road, Olympia, Washington, 98502. To the best of my knowledge, Lyndon Perry is his legal name.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 8/23/2022.

_Criston A Violette_
Criston A. Violette

1