UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCM Group 22 LLC,<br><br>        Plaintiff,<br>v.<br><br>Lyndon Perry, and<br>Criston A. Violette.<br><br>        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 22-cv-06157 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P., and based upon the declaration of Criston A. Violette and the affidavit of Lyndon Perry, filed contemporaneously herewith, Plaintiff MCM Group 22 LLC and their counsel hereby give notice that the above captioned action is voluntarily dismissed ONLY against and as to the defendant: Criston A. Violette.

DATED: August 31, 2022    Respectfully submitted,

                                            */s/ Erik Dykema*
                                            Erik Dykema, Esq.
                                            *Of Counsel*
                                            edykema@jmpllp.com

                                            Amit Sondhi
                                            *Partner*
                                            asondhi@jmpllp.com

                                            **JOSHPE MOONEY PALTZIK LLP**
                                            1407 BROADWAY
                                            SUITE 4002
                                            NEW YORK, NEW YORK 10018

                                            *Attorneys for Plaintiff MCM Gropu 22 LLC*