UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCM GROUP 22 LLC,

           Plaintiff,

-against-

LYNDON PERRY,

           Defendant.

**ORDER**

22 Civ. 6157 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss (see Dkt. No. 14):

1. Defendant's motion papers are due on **February 8, 2023**;
2. Plaintiff's opposition is due on **February 22, 2023**; and
3. Defendant's reply, if any, is due on **March 1, 2023**.

Discovery will be stayed pending resolution of the motions to dismiss. The Clerk of Court is directed to terminate the motion at Docket Number 14.

Dated: New York, New York
       January 25, 2023

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge