

February 17, 2023

**VIA ECF**

The Honorable Judge Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The parties' joint request for an extension is GRANTED. Plaintiff's opposition shall be due on 3/8/23. Defendant's reply shall be due on 3/22/23.*
*SO ORDERED.*

*[signature: Jennifer H. Rearden]*
*February 21, 2023*

**Re:**  *MCM Group 22 LLC v. Perry,* No. 22-cv-06157-JHR-VF

Dear Honorable Judge Rearden:

    We represent Plaintiff MCM Group 22 LLC in the above referenced matter and write this joint letter requesting an extension of time, with the consent of Defendant (collectively, "the parties"). Pursuant to Rule 2(E) of Your Honor's Individual Rules of Practice, the parties request an extension of time for both Plaintiff's Opposition and Defendant's Reply Brief in relation to Defendant's Motion to Dismiss.

    The original deadlines and proposed deadlines are as follows:

| | | |
|---|---|---|
| Plaintiff's Opposition | Current Deadline: February 22, 2023 | **Proposed Deadline: March 8, 2023** |
| Defendant's Reply Brief | Current Deadline: March 1, 2023 | **Proposed Deadline: March 22, 2023** |

    This is the first request made by the parties for an extension of time related to Defendant's Motion to Dismiss. The jointly requested extension does not affect any other upcoming deadlines in this matter.

    The Parties thank the court for its time and attention to this matter.

Respectfully submitted,

/s/ Erik Dykema
Erik Dykema, Esq.
*Attorney for Plaintiff*