UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MCM GROUP 22 LLC,

               Plaintiff,

-against-

LYNDON PERRY,

               Defendant.
-----------------------------------------------------------x

Case No.: 22-cv-06157-PGG

## **NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, and the accompanying Memorandum of Law, Defendant, Lyndon Perry, respectfully moves this Court to dismiss the above-captioned matter pursuant to Fed. R. Civ. P. 12(b)(6).

Defendant will move this Court for such an order before the Honorable Paul G. Gardephe, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 9:00 A.M. on Wednesday, March 8, 2023, or as soon thereafter as counsel may be heard, together with such other and further relief as this Court deems just and proper.

PLEASE TAKE NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1, the Order of January 26, 2023 (Doc. No. 25), and the applicable individual rules of practice.

1

RANDAZZA | LEGAL GROUP

Dated: February 8, 2023.                              Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel:     702-420-2001
Email:   ecf@randazza.com

/s/ Marc J. Randazza
Marc Randazza, (*Pro Hac Vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel:     702-420-2001
Email:   ecf@randazza.com

*Attorneys for Defendants*
*Lyndon Perry*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2023, I caused a true and correct copy of the foregoing document to be served via e-mail as follows:

>Erik James Dykema
>Bochner IP PLLC
>erik@bochnerip.com
>*Counsel for Plaintiff*

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP