# **Exhibit 2**

# Declaration of Jay M. Wolman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MCM GROUP 22 LLC,

        Plaintiff,                      Case No.: 22-cv-06157-PGG

-against-

LYNDON PERRY,

        Defendant.

-------------------------------------------------------x

## **DECLARATION OF JAY M. WOLMAN**

I, JAY M. WOLMAN, hereby depose and declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I am counsel of record for the Defendant in the above-referenced matter. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Restitution Order in the matter of *United States v. Ruben Andre Garcia (3)*, Case No. 19-cr-4488-JLS (S.D. Cal. Dec. 14, 2021)(redactions in original).

3.      Attached hereto as **Exhibit 5** is a true and correct copy of the Statement of Decision in the matter of *Jane Doe Nos. 1-22 v. GIRLSDOPORN.COM*, Case No. 37-2016-00019027-CU-FR-CTL (San Diego Cty., Cal. Jan. 2, 2020).

4.      Attached hereto as **Exhibit 6** is a true and correct copy of the Amended Restitution Order in the matter of *United States v. Ruben Andre Garcia (3)*, Case No. 19-cr-4488-JLS (S.D. Cal. Dec. 14, 2021).

1

RANDAZZA LEGAL GROUP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2023

_____
Jay M. Wolman

RANDAZZA LEGAL GROUP