# **Exhibit 3**

Declaration of Lyndon Perry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
MCM GROUP 22 LLC,                                          :
                                                           :
                    Plaintiff,                             :     Case No.: 22-cv-06157-PGG
                                                           :
-against-                                                  :
                                                           :
LYNDON PERRY,                                              :
                                                           :
                    Defendant.                             :
                                                           :
-----------------------------------------------------------x

## DECLARATION OF LYNDON PERRY

I, LYNDON PERRY, hereby depose and declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I am the Defendant in the above-referenced matter. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      Attached hereto as **Exhibit 7**, and embedded on page 10 of the Memorandum of Law in Support of Defendant's Motion to Dismiss is a true and correct copy of the composite image shared in my June 13, 2023, Tweet with the caption "same company btw". The image has since been removed from Twitter due to the Plaintiff's actions.

3.      Attached hereto as **Exhibit 4**, and embedded on page 11 of the Memorandum of Law in Support of Defendant's Motion to Dismiss, is a true and correct screen capture of my June 13, 2022 Tweets, available at https://twitter.com/lporiginalg/status/1536220472525803520 (last visited February 6, 2023).

1

RANDAZZA | LEGAL GROUP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2023.

                                                                                         Lyndon Perry