# **<u>Exhibit 4</u>**

Tweets From @lporiginalg
June 13, 2022

