# Exhibit 7

Image From Tweet @lporiginalg
June 13, 2022

