

---------- Forwarded message ---------
From: **Twitter Support** <support@twitter.com>
Date: Wed, Jul 6, 2022 at 8:32 PM
Subject: Your recent report about @ 0278484027 [ ref:_00DA0K0A8._5004w2S4nDM:ref ]
To



Hello,

We're writing to let you know we've received a DMCA counter-notice about the materials you reported on the Twitter account @lporiginalg. The notice is copied at the bottom of this email.

As a result, we'll cease disabling access to the materials within 10 business days, unless we receive notice that you've filed an action seeking a court order to restrain @lporiginalg from engaging in this infringing activity.

You can provide this notice to us by replying to this email, sending a fax to 415-222-9958, or by mailing it to:

Twitter Inc.,
c/o Trust and Safety
1355 Market St, Suite 900
San Francisco, CA 94103

Thanks,

Twitter

--------

Full name:
> Lyndon Perry

Street Address:
> 410 Summit Lake Shore Rd

City:
> Olympia

State/Province:
> Washington

Postal Code:
> 98502

Country:
> US

Email:
> lyndonperry@msn.com

Telephone:
> 2506670000

Reporter's Username:
> lporiginalg

Identification of Material Removed:
> https://twitter.com/lporiginalg/status/1536220472525803520

Please describe the reason why you are filing a Counter Notification:
> lol. trollololol. I don't know if you represent ▉▉▉▉ or Celcius but either way just because information is embarrassing to you doesn't mean that you own the right to have it removed from the internet. If you don't like it don't do porn, or hire porn stars to run your company. Nice try tho. See you in court!

Statement of mistaken removal or misidentification:
> I swear under penalty of perjury that I have a good faith

belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.

Consent to jurisdiction:
> I live in the United States and I consent to the jurisdiction of the U.S. Federal District Court for the judicial district in which my address is located.

Service of process:
> I accept service of process from the person who provided notice under 17 U.S.C 512(c)(1)(C) or an agent of such person.

Signature
> Lyndon Perry

Terms:
> I understand that in order to process this counter-notification, Twitter will provide the original complainant with a full copy of this form, including my full name, email, street address, and any other information, and may provide a version with the contact information removed to third parties such as Lumen. For more information see our Copyright Policy.



Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103