**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MCM GROUP 22 LLC,

                       Plaintiff,

        -against-                                    22 **CIVIL** 6157 (GBD)

                                                          **JUDGMENT**

LYNDON PERRY,

                     Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated February 03, 2026, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 5, 2026

                                       **TAMMI M. HELLWIG**
                                  _____
                                       **Clerk of Court**

                    **BY:**      _____
                                       **Deputy Clerk**