UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                              :
MCM GROUP 22 LLC,                             :
                                              :
              Plaintiff,                      :        Case No.: 22-cv-06157-GBD
                                              :
-against-                                     :    **DEFENDANTS' NOTICE OF**
                                              :   **MOTION FOR ATTORNEYS' FEES**
LYNDON PERRY,                                 :
                                              :
              Defendant.                      :
---------------------------------------------------------x

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, and the accompanying Memorandum of Law, Defendants, Lyndon Perry and Criston A. Violette ("Defendants") respectfully move this Court for Attorneys' Fees as the prevailing parties under the Copyright Act, 17 U.S.C. § 505.

Defendants will move this Court for such an order before Honorable George B. Daniels, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 9:00 A.M. on Friday, March 20, 2026, or as soon thereafter as counsel may be heard, together with such other and further relief as this Court deems just and proper.

PLEASE TAKE NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1, and the applicable individual rules of practice.


Dated: February 18, 2026                    Respectfully Submitted,

/s/ Marc J. Randazza                        /s/ Jay M. Wolman
Marc Randazza, (*Pro Hac Vice*)             Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC                  RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue                           100 Pearl Street, 14th Floor
Gloucester, MA 01930                        Hartford, CT 06103
Tel:   978-801-1776                         Tel:   702-420-2001
Email: ecf@randazza.com                     Email: jmw@randazza.com

                                            *Attorneys for Defendants*

1

RANDAZZA | LEGAL GROUP

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP