# **<u>Exhibit 1</u>**

Email from Erik Dykema
August 18, 2022



Jay Marshall Wolman <jmw@randazza.com>

## Re: FW: MCM Group v Violette & Perry

1 message

---

**Erik Dykema** <edykema@jmpllp.com>                                        Thu, Aug 18, 2022 at 5:09 PM
To: jmw@randazza.com, mjr@randazza.com, csc@randazza.com
Cc: Michael Mooney <mmooney@jmpllp.com>, Amit Sondhi <asondhi@jmpllp.com>

COMPROMISE OFFER & SETTLEMENT NEGOTIATION
Fed. R. Evid. 408

Mr. Wolman-

Prior to your representation of Mr. Perry in this matter, he had made a settlement proposal to our client on July 26 as
follows:

> 1) You drop the lawsuit.
> 2) You drop the DMCA claim on my twitter account.
> 3) I will voluntarily delete the tweet and agree not to repost or talk about your client anymore.

We have been conferring with our client regarding this proposal and I think it gets us most of the way there.  We have
been authorized to make the following counter-proposal by our client:

> (#1-3 proposed by your client above)
> 4) A liquidated damages provision providing $10,000 for each violation of his promise not to talk about our client
> anymore.
> 5) Writing an apology, suitable to our client but not mentioning our client by name, for using material arising from
> criminal sex trafficking, and pinning that apology to the top of his twitter feed for six months.
> 6) Repaying my client the attorneys fees that she has incurred since he sent his counter-notification, presently in
> the amount of approximately $18,000.
> 7) Paying to my client $50,000 in damages.

Please relay this proposal to your client and we will await his response.

Also FYI, for this case please direct correspondence to me at this email address: edykema@jmpllp.com,and please
include my co-counsel Amit and Mike who are CC'd here.

Thank you,
Erik

On Thu, Aug 18, 2022 at 4:47 PM Erik Dykema <erikdykema@upshawpllc.com> wrote:

> **From:** Jay M. Wolman <jmw@randazza.com>
> **Date:** Tuesday, August 9, 2022 at 5:25 PM
> **To:** Erik Dykema <erikdykema@upshawpllc.com>
> **Cc:** Marc Randazza <mjr@randazza.com>, Cassidy Curran <csc@randazza.com>
> **Subject:** Re: MCM Group v Violette & Perry
>
> Erik,

Case 1:22-cv-06157-GBD-VF   Document 41-1   Filed 02/18/26   Page 3 of 5

Much obliged.  Out of an abundance of caution, we went ahead and already filed the motion.  We will update the court that you do not oppose.

Regards,

Jay Wolman

_____

**Jay Marshall Wolman, CIPP/US, Counsel**\*

**Randazza Legal Group, PLLC**

100 Pearl Street, 14th Floor | Hartford, CT 06103

30 Western Avenue,, Gloucester, MA  01930

43-10 Crescent Street, Ste. 1217, Long Island City, NY 11101

Tel: 702-420-2001 | Email: jmw@randazza.com

_____

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Tue, Aug 9, 2022 at 5:17 PM Erik Dykema <erikdykema@upshawpllc.com> wrote:

Hi Jay-

I've been in meetings today.  We dont oppose a two week extension.

Erik

Get Outlook for iOS

---

**From:** Jay M. Wolman <jmw@randazza.com>
**Sent:** Tuesday, August 9, 2022 3:34:20 PM
**To:** Erik Dykema <erikdykema@upshawpllc.com>
**Cc:** Marc Randazza <mjr@randazza.com>; Cassidy Curran <csc@randazza.com>
**Subject:** Re: MCM Group v Violette & Perry

Dear Atty. Dykema,

I just tried calling again.  Kindly advise as to your position.

Regards,

Jay Wolman

_____

**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**

100 Pearl Street, 14th Floor | Hartford, CT 06103

30 Western Avenue,, Gloucester, MA  01930

43-10 Crescent Street, Ste. 1217, Long Island City, NY 11101

Tel: 702-420-2001 | Email: jmw@randazza.com

_____

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Tue, Aug 9, 2022 at 10:32 AM Jay M. Wolman <jmw@randazza.com> wrote:

> Dear Attorney Dykema,
>
> I hope this message finds you well.  I am writing in furtherance of my voicemail.
>
> Our firm is in the process of getting on-boarded by the defendants in the above-referenced case.  We understand that a response may be due this week, and we wanted to ensure we have enough time to suss out the issues.
>
> I would be happy to discuss the matter.  We would be looking for a two week extension.  You will find that we are generally amenable to consenting to extensions ourselves.
>
> Thank you.
>
> Sincerely,
>
> Jay Wolman
>
> _____
>
> **Jay Marshall Wolman, CIPP/US, Counsel**\*
> **Randazza Legal Group, PLLC**
>
> 100 Pearl Street, 14th Floor | Hartford, CT 06103
>
> 30 Western Avenue,, Gloucester, MA  01930
>
> 43-10 Crescent Street, Ste. 1217, Long Island City, NY 11101
>
> Tel: 702-420-2001 | Email: jmw@randazza.com
>
> _____
>
> \* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.