**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MCM GROUP 22 LLC,

Plaintiff,

-against-

LYNDON PERRY

Defendant.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22 Civ. 6157 (GBD)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute

**Motion for Attorney's Fees (ECF No. 40)**

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:______________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: February 26, 2026

SO ORDERED.

GEORGE B. DANIELS
United States District Judge