

February 26, 2026

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: February 27, 2026
>
> The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of the Court is respectfully directed to close the motions at ECF Nos. 43 and 44.

Re:  *MCM Group 22 LLC v. Perry, et al.,* Case No. 22-cv-06157-PGG
     **CORRECTED** Request for Extension of Time

Dear Judge Figueredo:

    We represent Plaintiff MCM Group 22, LLC ("MCM") in the above-referenced matter and write, with consent of Defendants (together, "the Parties"), seeking an extension of upcoming deadlines. Pursuant to Section II(C) of Your Honor's Individual Practices, the Parties request an extension of time for both Plaintiff's Opposition and Defendants' Reply Brief in relation to Defendant's Motion for Attorneys' Fees (Dkt. 40).

    The original deadlines and proposed deadlines are as follows:

| Description | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Plaintiff's Opposition | March 4, 2026 | April 6, 2026 |
| Defendant's Reply Brief | March 11, 2026 | April 17, 2026 |

    This is the first request for an extension of these deadlines. The jointly requested extension does not affect any other upcoming deadlines in this matter. The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Erik Dykema*
Erik Dykema, Esq.

*Counsel for Plaintiff MCM Group 22, LLC*