UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MCM GROUP 22, LLC,                          :
                                            :
                Plaintiff,                  :
                                            :         Case No. 22-cv-06157-GBD
v.                                          :
                                            :
                                            :
LYNDON PERRY,                               :
                                            :
                Defendant.                  :
-------------------------------------------------------x

## DECLARATION OF BERT MOULER

I, BERT MOULER, hereby depose and declare:

1.      I am over 18 years of age, and have personal knowledge of the facts set forth herein.

2.      The woman referred to as "Jane Doe" in the Complaint (ECF No. 1) and this Court's Memorandum Decision and Order granting Defendant's Motion to Dismiss (ECF No. 38) (the "Order") is my wife. Although I continue to refer to her as "Jane Doe" in this Declaration in the interest of protecting her privacy, I understand that her identity is known to Defendant because he has identified her by name repeatedly in filings before this Court.

3.      Plaintiff MCM Group 22, LLC ("Plaintiff") owns the copyrights to the Video.[1]

4.      The copyrights to the Video were assigned to Plaintiff by Jane Doe, who received them pursuant to the Restitution Order issued on December 14, 2021, by Judge Janis L. Sammartino of the Southern District of California.

_____

[1] Unless otherwise stated, capitalized terms have the same meaning that the Court gave them in the Order.

1

5.    Jane Doe is the sole owner of Plaintiff MCM Group 22, LLC.

6.    All public dissemination of the Video, including any part or parts of it, caused and continue to cause Jane Doe immense emotional distress.

7.    Plaintiff MCM Group 22, LLC, was created, and the rights to the Video were assigned to it—as this Court noted, and as alleged in the Complaint—"'for the purpose of prosecuting the use of copies, still images, and derivatives of the [Video] through DMCA takedown notifications and, when necessary, civil actions.'" (Order at 2.)

8.    Plaintiff MCM Group 22, LLC exists solely for this purpose. It is not, as Plaintiff has asserted, a "copyright troll," a "moneymaking enterprise," or seeking a "payday." (ECF No. 41 at 3, 9, 10.)

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 6, 2026                    .



2